**Paul James TAYLOR, Petitioner–
Appellant,**

v.

**Stephen M. DEWALT, Respondent–
Appellee.**

No. 00–7345.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Paul James Taylor, pro se. Joan Elizabeth Evans, Assistant United States Attorney, Richmond, VA, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Paul James Taylor appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district

court's opinion and find no reversible error. Accordingly, we deny Taylor's motion for appointment of counsel and affirm on the reasoning of the district court. *Taylor v. Dewalt,* No. CA–99–722 (E.D.Va. Aug. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*